UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>TIMOTHY DUPONT</u>,
        Plaintiff,

                                            Civil Action No.  04-10507-REK

    v.

<u>STATE OF NEW HAMPSHIRE</u>,
        Defendant.

<u>ORDER OF DISMISSAL</u>

<u>KEETON, D.J.</u>

    In accordance with this Court's order dated <u>April 6, 2004</u>, it is ORDERED that the within action be and it is hereby dismissed.

                                            By the Court,

                                            s/ Linn A. Weissman
                                            Deputy Clerk

Date <u>April 6, 2004</u>

(noticeofdismissal.wpd - 12/98)                                             [odism.]