```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

```
TIMOTHY DUPONT,                   )
          Plaintiff,              )
                                  )
     v.                           )  C.A. No. 04-10507-REK
                                  )
STATE OF NEW HAMPSHIRE,           )
          Defendant.              )
```

## ORDER

On April 6, 2004, I denied plaintiff Timothy Dupont's application to proceed without prepayment of fees and dismissed this action as lacking any arguable basis in law. See Docket No. 3.  I also directed the Clerk to note on the docket that Dupont had not paid, and still owed, the $150.00 filing fee for this action.

On or about April 26, 2004, the Court received a letter from Dupont enclosing $25.00 towards the payment of the $150.00 filing fee and stating that he will send monthly payments until the filing fee is paid in full.

ACCORDINGLY, the Clerk shall process the instant payment received from Dupont and all future payments until the $150.00 filing fee is paid in full.  When full payment has been made, the Clerk shall make a notation on the docket indicating that payment has been made in full.

SO ORDERED.

Dated at Boston, Massachusetts, this 6th day of May, 2004.

/s/ Robert E. Keeton
ROBERT E. KEETON
SENIOR UNITED STATES DISTRICT JUDGE

2